## Commonwealth *v.* Martin, Appellant.

Submitted December 11, 1970. *Robert W. Lentz,* and *Lentz, Riley, Cantor, Kilgore & Massey,* for appellant; *William H. Lamb,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.